| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048<br>Raymond Ballister Jr., Esq., SBN 111282 |
| 3 | Phyl Grace, Esq., SBN 171771<br>Dennis Price, Esq., SBN 279082 |
| 4 | Christopher A. Seabock, Esq., SBN 279640<br><u>Mail</u>: PO Box 262490 |
| 5 | San Diego, CA 92196-2490<br><u>Delivery</u>: 9845 Erma Road, Suite 300 |
| 6 | San Diego, CA 92131<br>(858) 375-7385; (888) 422-5191 fax |
| 7 | phylg@potterhandy.com |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>       Plaintiff,<br><br>   v.<br><br>**Colorado Professional Building, LLC,** a California Limited Liability Company;<br>**I & G Pharmacy, Inc.,** a California Corporation; and Does 1-10,<br><br>       Defendants. | Case No.: 2:18-cv-02267-SJO-FFM<br><br>**PLAINTIFF'S PRETRIAL DISCLOSURES**<br><br>Pretrial Conference: August 5, 2019<br>Time: 9:00 a.m.<br><br>Complaint Filed: March 20, 2018<br>Trial Date: August 13, 2019<br><br>Honorable Judge S. James Otero |

Pursuant to FRCP 26(a)(3) and Local Rules 16-2.3 and 16-2.4, the plaintiff hereby submits his Pretrial Disclosures. Plaintiff reserves the right to revise, withdraw, amend or modify and/or supplement these disclosures should new information become available.

1. <u>**WITNESSES PLAINTIFF EXPECTS TO PRESENT**</u>

   Chris Langer – Through Plaintiff's Counsel

   Evens Louis – Through Plaintiff's Counsel

   Corey Taylor – Through Plaintiff's Counsel

   Janis Kent –  Stepping Thru Accessibility
   3553 Atlantic Ave #575
   Long Beach, CA 90807
   T 562-426-9363

2. <u>**WITNESSES PLAINTIFF EXPECTS TO PRESENT BY DEPOSITION**</u>

   None at this time.

3 <u>**EXHIBITS PLAINTIFF EXPECTS TO OFFER**</u>

- Plaintiff's Complaint;
- Defendants' Answer;
- Photographs of the I & G Pharmacy, taken by Evens Louis on March 15, 2018;
- Photographs of the I & G Pharmacy, taken by Corey Taylor on March 7, 2019;
- Copy of Report by Janis Kent of inspection of the I & G Pharmacy, dated May 1, 2019;
- Plaintiff's Requests For Admission, Set One, propounded on Defendant Colorado Professional Building, LLC on December 3, 2018, and associated Responses;
- Plaintiff's Requests For Production of Documents, Set Two, propounded on Defendant Colorado Professional Building, LLC on January 22, 2019, and associated Verified Responses;
- Plaintiff's Special Interrogatories, Set Two, propounded on Defendant Colorado Professional Building, LLC on January 22, 2019, and associated Verified Responses;
- Plaintiff's Requests For Admission, Set One, propounded on Defendant I & G Pharmacy, Inc. on December 3, 2018, and associated Responses;
- Plaintiff's Requests For Production of Documents, Set Two, propounded on Defendant I & G Pharmacy, Inc. on January 22, 2019, and associated Verified Responses;

- Plaintiff's Special Interrogatories, Set Two, propounded on Defendant I & G Pharmacy, Inc. on January 22, 2019, and associated Verified Responses.
- Copies of photographs of the I & G Pharmacy, provided by Defendants.

Plaintiff reserves the right to revise, withdraw and/or to supplement these Pretrial Disclosures as necessary and produce additional witness and exhibits who may be relevant to this case as they become known during the course of this litigation and as permitted by Fed.R.Civ.P. 26(e).

Dated: July 12, 2019            CENTER FOR DISABILITY ACCESS

                                By: /s/ Christopher A. Seabock

                                CHRISTOPHER A. SEABOCK
                                Attorneys for Plaintiff