CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff CHRIS LANGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COLORADO PROFESSIONAL BUILDING, LLC, a California Limited Liability Company; I & G PHARMACY, INC., a California Corporation; and Does 1-10,<br><br>　　　　　Defendants, | Case No.: 2:18-CV-02267-SJO-FFM<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

　　　The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

　　　The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties, will be filed within 60 days.

　　　　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: July 24, 2019　　　　　　　　/s/ Chris Carson
　　　　　　　　　　　　　　　　　　Chris Carson
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff