**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 18-02267-SJO (FFMx)   **DATE:** October 2, 2019

**TITLE:** Chris Langer v. Colorado Professional Building, LLC et al

================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz                                Not Present
Courtroom Clerk                            Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                Not Present

================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii) filed by Plaintiff Chris Langer. (ECF # 47). Accordingly, the Court Orders that this matter shall be dismissed pursuant to the STIPULATION to Dismiss.

The Court vacates all pending hearings.